## FIRST DEPARTMENT, JANUARY TERM, 1890.

Joseph J. O'Donohue and others, Appellants, v. Francis H. Leggett and others, Respondents.—Judgment affirmed, with costs. Opinion *Per Curiam.*

Alexander J. Cameron, Respondent, v. The Tribune Association, Appellant.—Judgment reversed and new trial ordered. Opinions by Brady J., Macomber, J., and Van Brunt, P. J.

Frederic P. Olcott, Receiver, etc., Appellant, v. John W. Kohlsaat, Respondent.—Order affirmed, with ten dollars costs and also the disbursements. Opinion by Daniels, J.

Frederic P. Olcott, Receiver, etc., Appellant, v. John W. Kohlsaat and others, Respondents.—Judgment affirmed, with costs. Opinion by Daniels, J.

Andrew Beiser, Jr., Respondent, v. Charles W. Beiser and others, Appellants. — Judgment affirmed, with costs. Opinion by Daniels, J.

In the Matter of the Application of the Department of Public Parks, etc. (*In re Margaret F. Redmond*).—Matter referred back to commissioners that they may revise their valuation and receive the evidence which was improperly excluded. (Mem.)

In the Matter of the Application of the Department of Public Parks, etc. (*In re Maria O'Brien*).— Report sent back to commissioners for revision.

In the Matter of the Application of the Department of Public Parks, etc. (*In re bills of Rhines and others*).—We cannot direct payment of these bills without proof of their necessity and reasonableness.

NOTE.—Decisions handed down December 13, 1889, were all reported.— [REP.

---

## THIRD DEPARTMENT, DECEMBER TERM, 1889.

**Decisions handed down December 28, 1889.**

James F. Mason, Respondent v. George Y. Smith, Appellant.—Judgment affirmed, with costs. Opinion by Landon J.

William Bushaw, Respondent v. Women's Mutual Insurance and Accident Company of America, Appellant.—Judgment affirmed, with costs. Opinion by Landon, J.

Louis Lang, Respondent v. Matthias J. Severance, Appellant.—Judgment affirmed, with costs. Opinion by Ingalls, J.

In Matter of Will of John Card, Deceased.—Decree affirmed, with costs against appellant. Opinion by Landon, J.

Darius Allen, Appellant v. John Sanford and others, Respondents.—Order affirmed, with ten dollars costs and printing disbursements. Opinion by Learned, P. J.; Ingalls J., not acting.

Henry C. Adams, Appellant v. Oliver M. Arkenburgh and others, Respondents.— Order affirmed, with ten dollars costs and printing disbursements. (No opinion written.)

The People of the State of New York, Appellant, v. Daniel I. McNiel, Jr., Respondent.—Judgment and order reversed, new trial granted on payment of costs to defendant. Opinion by Learned, P. J,

---

## FIRST DEPARTMENT, JANUARY, 1890.

**Decisions handed down January 10, 1890**

Dutro Wilcox and others, Respondents, v. William H. Payne, Appellant.— Judgment affirmed, with costs. Opinion by Daniels, J.

The People of the State of New York, Respondent, v. Cornelius E. Ryan, Appellant.—Judgment affirmed. Opinion by Daniels, J.

The People of the State of New York *ex rel* Augustus Little v. J. Hampden Robb and others Commissioners, etc., Respondents.—Order dismissing relator affirmed. Opinion by Daniels, J.

Garfield National Bank, Respondent, v. Frank W. Colwell, Appellant. —Judgment and order reversed and new trial ordered, with costs to the appellant to abide event. Opinion by Daniels, J.

In the Matter of the Petition of Sigmund Feust, to Vacate an Assessment, etc. — Order affirmed, without costs. Opinions by Van Brunt, P. J., and Barrett, J.

Winston Jones, as Assignee, etc, Respondent, v. The Merchants' National Bank of New York, Appellant — Appeal from order dismissed, without costs. Opinion by Van Brunt, P. J.

Elizabeth W. Aldrich, Plaintiff, v. Mary E. Bailey, Defendant. — Judgment for the defendant. Opinions by Daniels and Barrett, JJ.

John H. Cheever v. Avery T. Brown, Assignee, etc., and others.—Motion denied.

In the Matter of the Probate of Last Will and Testament of Rachel Berrian, deceased.— Motion denied.

Kate P. Lutz, Respondent, v. Alexander Lutz, Appellant. — Motion denied upon appellant's stipulating to argue at February Term and paying ten dollars costs of this motion.

Mary L. Butterfield, Respondent, v. James Gordon Bennett, Appellant. — Upon appellant stipulating to argue in February, 1890, motion denied.

George W. Martin, Appellant, v. The Women's Mutual Insurance and Accident Co., Respondent. —Upon appellant stipulating to argue appeal at February Term and paying ten dollars costs of motion, this motion will be denied.

Thomas Dollard, Respondent, v. Edward Roberts, Appellant. —Judgment affirmed, with costs. Opinion by Brady, J.

Henry R. Pierson, Receiver, Appellant, v. Justine M. Cronk, Administratrix, Respondent. — Motion denied, with ten dollars costs.

Marx Block, an Infant, etc., Appellant, v. The Harlem Bridge, Morrisania and Fordham Railway Company, Respondent. — Judgment reversed and new trial ordered, with costs to appellant to abide event. Opinion by Brady, J.

Mary Ryder, Plaintiff, v. Fernando Wood, Defendant. —Judgment for defendant, with costs. Opinion by Brady, J.

Bertha E. Martin, Administratrix, etc , v. Spencer C. Platt and others. — Upon appellant's stipulating to argue at the February Term, this motion will be denied. (Mem.)

In the Matter of a Paper Propounded as Last Will and Testament of John Frederick Eilers, Deceased. —Decree of surrogate affirmed, with costs. Opinion by Brady, J.

Isaac B. Newcombe and others, Respondents, v. Chicago and Northwestern Railway Company and others, Appellants. — Judgment reversed and new trial ordered, with costs to appellants to abide the event, and with liberty to the plaintiff to amend his complaint upon payment of costs. Opinion by Brady, J.